IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,

V.

                                  Civil No.    04-2476-B/P

One (1) Negotiable Check in the Amount
of 37,000.00 and the Funds Represented
Thereby,

    Defendant.

## CONSENT ORDER

Pursuant to the consent and agreement of the parties hereto, by and through their respective attorneys, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. The defendant property shall be divided as follows:

    a. Three thousand dollars ($3,000.00) shall be forfeited to the United States to be disposed of in accordance with law.

    b. The remainder, thirty-four thousand dollars ($34,000.00) shall be remitted to Claimant's attorney, David Segal, 30 Vesey Street, Suite 900, New York, New York 10007, for return to the Claimant.

2. The Claimant admits no liability in connection with the seizure of the above-described property, which is the subject of this suit.

3. The United States of America, its agents and employees, are released from any and all claims that might result from the seizure of the defendant property and its subsequent partial release to Claimant as described herein.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-4-05

4.  This action shall be dismissed with prejudice; and each party shall bear its own attorney's fees and costs. Any cost bond submitted by the Claimant in connection with the above-styled case shall be remitted to Claimant's attorney for return to Claimant.

5.  The Clerk of Court shall prepare a judgment incorporating the terms of this Order.

**IT IS SO ORDERED**, this ___ day of August, 2005.

J. DANIEL BREEN
United States District Judge

APPROVED AND CONSENTED:

TERRELL. L. HARRIS
United States Attorney

BY: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
Attorney for Plaintiff

_____
DAVID SEGAL
Attorney for the Claimant

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02476 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ramon A. Francisco
41-40 Union St
Flushing, NY 11355

David Segal
LAW OFFICE OF DAVID SEGAL
30 Vesey St.
Ste 900
New York, NY 10007

Honorable J. Breen
US DISTRICT COURT