UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG -9 AM 6:57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| ONE NEGOTIABLE CHECK IN THE AMOUNT OF $37,000.00 AND THE FUNDS REPRESENTED THEREBY, | CASE NO: 2:04cv2476-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order entered on August 4, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_/s/_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

8/8/05
Date

THOMAS M. GOULD

_____
Clerk of Court

_/s/ Earline Gray_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-9-05

(31)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02476 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Ramon A. Francisco
41-40 Union St
Flushing, NY 11355

David Segal
LAW OFFICE OF DAVID SEGAL
30 Vesey St.
Ste 900
New York, NY 10007

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT